UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Jeannette Soto
                        Plaintiff,

v.                                                Case No.: 1:18−cv−04337
                                                           Honorable John Z. Lee

Karen Yarbrough, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2019:

      MINUTE entry before the Honorable John Z. Lee: For the reasons stated in the memorandum opinion and order, Yarbrough's motion to dismiss [34] is denied. [For further details see memorandum opinion and order].Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.